IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANTIAGO ABREU,

    Plaintiff,

v.

MULE HOUSE, INC.,

    Defendant.

Case No. 1:16−cv−00518−PLM−PJG

Hon. Paul L. Maloney

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The parties, by and through the undersigned counsel, stipulate and agree to the dismissal of Plaintiff's Complaint, including any amendments and all claims made therein, against Defendant, Mule House, Inc., in its entirety with prejudice and without costs or fees to either party.

This is a final order and closes the case. The court shall retain jurisdiction over this matter to enforce the terms of the settlement agreement as necessary.

**IT IS SO ORDERED.**

Dated: August 25, 2016

/s/ Paul L. Maloney
Hon. Paul L. Maloney

1

**STIPULATED BY:**

| | |
|---|---|
| */s/ George T. Blackmore* | */s/ Robert L. Hencken* |
| George T. Blackmore (P76942) | Robert L. Hencken (P14864) |
| CHASTAIN & AFSHARI, LLP | Stancati &amp; Associates, P.C. |
| 21411 Civic Center Drive, Ste 200 | 121 West Cedar Street |
| Southfield, MI 48076 | Kalamazoo, MI 49007 |
| 248-845-8594 | Email: bob@stancati-assoc.com |
| george@cnalawgroup.com | Phone: 269-381- 4471 |
| Attorney for Plaintiff | Fax: 269-381- 6916 |
| | Attorney for Defendant |

Dated: August 24, 2016